UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GALEN FOSTER BLACK,**

   **Petitioner,**

**v.**                                                    **Case No. 5:23-cv-93-TKW/MAL**

**WARDEN PISTRO, et al.,**

   **Respondents.**
   _____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as moot because Petitioner is no longer in BOP custody. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED as moot**.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 22nd day of May, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**